Mortgage Commission of the State of New York and Title Guarantee and Trust Company, Respondents, v. Louise M. Meehan, Also Known as Louies M. Meehan, Appellant, and Another, Defendant.— On appeal by a defendant in an action to foreclose a mortgage on real estate, from an order (a) striking out her answer, in which a defense was pleaded, as insufficient in law and as raising no triable issues, and (b) directing judgment against the appellant for a deficiency, order, in so far as an appeal is taken, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

Grace B. O'Connor, Appellant, v. Metropolitan Life Insurance Company, Respondent.— In an action to recover on a life insurance policy it appeared that the policy lapsed by reason of non-payment of premium within the grace period. Questions of the notice given by defendant under the provisions of section 92 of the Insurance Law and of waiver by defendant were submitted to the jury, which found a verdict for defendant. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

Clara L. Penrose, Respondent, v. Daniel F. Doody, Appellant, and Others, Defendants.— Action for the reforeclosure of a mortgage on certain real property by the purchaser under the judgment of foreclosure and sale on a prior foreclosure where certain individuals, claiming a contingent interest in the fee of the property, had not been made parties in that prior foreclosure. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.

Stephen L. Porter, Respondent, v. New Paltz Savings Bank, Appellant.— In an action for the recovery of damages for the breach of a written contract of sale whereby the plaintiff agreed to purchase and the defendant agreed to sell real property, order denying the defendant's motion to dismiss the complaint and granting plaintiff's motion for summary judgment, striking out the answer and counterclaim of the defendant and awarding the plaintiff judgment for an amount equal to the difference between the contract price and the market value of the property, and referring the issue of the amount of damages to an official referee, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.